# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 13, 2015

## NO. 03-12-00543-CV

**Saung Park, Appellant**

**v.**

**Escalera Ranch Owners Association, Inc., Daniel Bezuidenhout,
Laura Bezuidenhout, and Associa Alliance Association Management, Appellees**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on May 18, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.